CT Corporation

**Service of Process Transmittal**
02/09/2022
CT Log Number 541030279

TO: Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

RE: **Process Served in Florida**

FOR: Holiday CVS, L.L.C. (Domestic State: FL)

**Composite Exhibit "1"**

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NATTY CHASE // To: Holiday CVS, L.L.C. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2022002070CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/09/2022 at 03:54 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/09/2022, Expected Purge Date: 02/14/2022 |
| | Image SOP |
| | Email Notification, Serviceof Process service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                   Wed, Feb 9, 2022

**Server Name:**                         Joseph Marker

| | |
|---|---|
| Entity Served | HOLIDAY CVS, L.L.C. |
| Case Number | 2022-002070-CA-01 |
| Jurisdiction | FL |



Filing # 143261028 E-Filed 02/03/2022 04:10:37 PM

```
RECEIVED
FEB 0 8 2022
BY: ............................
```

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICITION DIVISION

CASE NUMBER: 2022-002070-CA-01

NATTY CHASE,

      Plaintiff,

vs.

HOLIDAY CVS, LLC.

      Defendant

_____/

**CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition, Request for Production and Interrogatories in this action on Defendant: HOLIDAY CVS, LLC.

                **By Serving:**    **REGISTERED AGENT**
                                    **CT CORPORATION SYSTEM**
                                    **1200 SOUTH PINE ISLAND ROAD**
                                    **PLANTATION, FL 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

                                  **TIMOTHY K. BARKET, ESQUIRE**
                                    **66 WEST FLAGLER STREET, 7TH FLOOR**
                                    **MIAMI, FLORIDA 33130**
                                    **Tel:**    **(305) 373-6711**
                                    **Fax:**   **(305) 373-4770**
                                    **Email: Pleadings@barketlawyers.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. Furthermore, the Defendant is required to serve responses to the Request for Production and answers to Interrogatories served herewith within 45 days of the date of service.

           DATED ON _____ 2/8/2022 _____, 2022.

                              HARVEY RUVIN
                              as Clerk of said Court

                              **217043**
                      By: _____
                              as Deputy Clerk

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que se presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insufficient pour vour proteger. Vous etes oblige de deposer votre reponse ecrit, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrit dan le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'n avocat. Si vous ne connaisez pas d'avocats vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**KONVOKASYON KA SIVIL**

Yo entre yon aksoyon kont oumeum. Ou genyen 20 jou -kalandriye après ou recevoi somas-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protégé-ou. Se ton repense pa ecri, fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri ou vle ke tribunal-la tendeposition-ou sou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a, san que tribunal la pa announce-ou en yen, ou capab pedu l'angen ou ak byen ou. Genyen lot demande. Ou ka beson telephone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomandre avoka, ou biro ede legal (ki nan lis liv telephone).

Si ou shosi voye yon reponce pa ecri oumenm, ou suppose en mem tan poste on pot on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribunal. Andres santral biwo Skerete a se Dade County Courthouse. Adres tribunal la, ak adres lot tribunal yo nana lis ki anba a pou ou ka jwenn yo alez.

Filing # 143208814 E-Filed 02/03/2022 10:16:15 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICITION DIVISION

CASE NUMBER:

NATTY CHASE,

      Plaintiff,

vs.

HOLIDAY CVS, LLC.

      Defendant

_____/

## COMPLAINT

COMES NOW, Plaintiff, NATTY CHASE, by and through her undersigned attorney and files this Complaint against Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company and alleges the following:

1.      This is an action for damages in excess of $30,000.00, exclusive of interest and costs.

2.      At all times material hereto, the Plaintiff, NATTY CHASE, was and is a resident of Miami-Dade County, Florida, and sui juris.

3.      At all times material hereto, the Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, was and is licensed and registered to do business in the State of Florida, County of Miami-Dade.

4.      On or about July 24, 2021, Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, by and through its agents, servants, and/or employees, owned and/or operated and/or maintained and/or controlled the premises located at/or near 4800 Biscayne Blvd, Miami, Florida in Miami-Dade County, Florida.

5.     At said time and place, the Plaintiff, NATTY CHASE, was lawfully upon said premises and exercising due care and caution for her own safety, was lawfully upon said premises and exercising due care and caution for her own safety, did sustain injuries when she came in contact with a dangerous and/or concealed peril, causing her to sustain severe bodily injuries.

6.     Said dangerous condition and/or concealed peril was not open and obvious to the Plaintiff, NATTY CHASE.

7.     The Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, by and through its agents, servants and/or employees, owed a duty to operate and maintain said premises in a reasonably safe condition and free from defects and conditions which would render it dangerous and unsafe for the Plaintiff, NATTY CHASE, or present an unreasonable risk of harm to her.

8.     The Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, by and through its agents, servants and/or employees, owed a duty to exercise care to protect the Plaintiff, NATTY CHASE, by inspection or other affirmative acts, from the danger of any reasonably foreseeable injury occurring from the reasonable foreseeable use of its premises.

9.     The Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, by and through its agents, servants and/or employees, owed a duty to warn the Plaintiff, NATTY CHASE, of any dangerous and/or unsafe and/or concealed perils existing on said premises.

10.     On or about July 24, 2021, the Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Corporation, by and through its agents, servants and/or employees, created and/or allowed a dangerous condition and/or concealed peril to exit within said premises, to wit a dangerous floor surface and/or covering.

- 2 -

11.    The Defendant, HOLIDAY CVS, LLC., a Florida Limited Liability Company, by and through its agents, servants, and/or employees, had actual knowledge, or in the alternative, the dangerous condition existed for a sufficient length of time so that the Defendant, HOLIDAY CVS, LLC., a Florida Limited Liability Company, had constructive knowledge and should have known of the dangerous condition by conducting a proper and reasonable inspection of the premises prior to the Plaintiff, NATTY CHASE, being injured.

12.    The Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, by and through its agents, servants and/or employees breached their duty owed to Plaintiff, NATTY CHASE, and was negligent by:

    a.  creating a dangerous condition; and/or

    b.  failing to correct this aforementioned dangerous condition; and/or

    c.  failing to warn or otherwise notify Plaintiff, NATTY CHASE, of this aforementioned condition; and/or

    d.  failing to provide adequate security or safety measures to prevent the Plaintiff, NATTY CHASE, from coming into contact with the aforementioned condition; and/or

    e.  failing to properly inspect the premises on a timely basis; and/or

    f.  failing to provide a safe entrance and/or exit from the building; and/or

    g.  failing to comply with the South Florida Building Code.

13.    As a direct and proximate result of the carelessness and negligence of the Defendant, HOLIDAY CVS, LLC.,, a Florida Limited Liability Company, by and through its agents, servants and/or employees, the Plaintiff, NATTY CHASE, suffered past, present and future bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, loss of earnings, loss of ability to earn money, expense of hospitalization, medical and nursing care and treatment and aggravation of a previously existing

condition. The losses are either permanent or continuing in their nature and Plaintiff, NATTY CHASE, will suffer such losses in the future.

WHEREFORE, the Plaintiff, NATTY CHASE, demands judgment against the Defendant, HOLIDAY CVS, LLC. a Florida Limited Liability Company, in an amount in excess of the jurisdictional amount of this Court, together with costs and interest, and would further demand trial by jury on all issues so triable as of right.

Dated this 3rd day of February 2022.

**BARKET LAWYERS**
CONCORDE BUILDING-7TH FLOOR
66 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
TEL: (305) 373-6711
pleadings@barketlawyers.com

By:     /s/ JAMES J. SOPER
         JAMES J. SOPER, ESQ.
         Florida Bar Number:  0773522

- 4 -

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICITION DIVISION

NATTY CHASE,

CASE NUMBER:

      Plaintiff,

vs.

HOLIDAY CVS, LLC.

      Defendant

_____/

## PLAINTIFF'S NOTICE OF SERVING FIRST INTERROGATORIES TO DEFENDANT

Plaintiff, NATTY CHASE, hereby propounds the attached Interrogatories numbered 1

through 21, to Defendant, HOLIDAY CVS LLC., to be answered in writing, under oath, or

objected to within forty five (45) days pursuant to the Florida Rule of Civil Procedure 1.340.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed with the

Complaint this 3rd day of February 2022.

                       **BARKET LAWYERS.**
                       CONCORDE BUILDING-7TH FLOOR
                       66 WEST FLAGLER STREET
                       MIAMI, FLORIDA 33130
                       TEL: (305) 373-6711
                       pleadings@barketlawyers.com

                  By:    /s/ JAMES J. SOPER
                           JAMES J. SOPER, ESQ.
                           Florida Bar Number: 0773522

## Plaintiff's First Interrogatories to Defendant

1.   State the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.   Are you a corporation? If so, state the name the current articles of incorporation are in and state the address or principal place of business.

3.   Describe any and all policies of insurance which you contend or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies: the name of the insurer, number of the policy the effective dates of the policy, the available limits liability, and the name and address of the custodian of the policy.

4.   State the name, address and telephone number of each individual who witnessed the incident who heard any statements and who claim to have knowledge of the incident.

5.   For each employee physically present at the time and place of the incident please state: his or her name, address, telephone number, job title, whether or not they were on duty at the time of the incident and their job or function she or he was performing at the time and place of the incident.

6.   Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause to the incident in question./

7.   Have you or anyone acting on your behalf interviewed any individual concerning the incident in question? If so, for each individual state their name, address, telephone number, date of interview and the name of the person who conducted the interview along with their address and telephone number.

8.   Was a report made by any person concerning the incident? If so, state the name, title, date and type of report.

9.   Did you receive notice of the incident from any other person? If so, state the name, address and telephone number of the person from whom you received notice whether it was written or oral.

10.   At the time of the Plaintiff injury do you contend that any person or entity other than you owned the premises on which Plaintiff alleges he was injured?

11.   At the time of Plaintiff's injury, do you contend that any person or entity other than you or your employees and agents were responsible for the maintenance of the premises on which Plaintiff alleges he was injured?

12.   Have you or anyone acting on your behalf inspected the scene of the accident? If so, for each inspection state the date, name, address and telephone number of the person who inspected said scene.

13.    State the facts upon which you rely for each affirmative defense in your answer.

14.    Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

15.    Please state whether or not you have experienced any other or similar incidents on the premise involved in this action within (3) years prior to or 1 (1) year following the date of the incident.

16.    State the name and address of every person known to you, your agents, or attorneys who have knowledge about or possession, custody or control of any model, plat, map drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy and describe as to each, what such person has, the name and address of the person who took or prepared it and the date it was taken or prepared.

17.    Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify and a summary of the grounds for each opinion.

18.    Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

19.    Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter involving trip and fall and or slip and fall involving emblems on the carpet similar such as the #onestepcloser emblems is so, state whether you were plaintiff or defendant the nature of the complaint.

20.    Based on your knowledge at this time, describe in detail how the alleged incident happened, including all actions taken by the Defendant to prevent the incident.

21.     Please state the name, address, and telephone number for those individuals responsible for maintaining the premise involved in this action on the date of the incident in question

22.     Please state the type, make and model of the carpeting and the #onestepcloser emblems on the floor where Plaintiff fell, including date of installation, and name and address of the company/person installing said item. Include the dates of any changes to said items since the date of Plaintiff's accident.

23.     Please describe the maintenance, repair and cleaning routine for the carpeting and the #onestepcloser emblems on the floor where the Plaintiff fell for the three (3) year period prior to and including the July 24, 2021, accident in question listing the date of the work, the work performed, and the name and address of the person performing the work.

## **VERIFICATION**

_____

STATE OF FLORIDA          )

_____ COUNTY      )

      The foregoing instrument was acknowledged before me by means of ☐ physical presence

or   ☐   online   notarization,   this   _____   day   of   _____,   2022,   by

_____.


                                    _____
                                      Signature of Notary Public - State of Florida


                                      _____
                                      Print, Type, or Stamp Commissioned Name of
                                      Notary Public


Personally Known _____ OR Produced Identification_____

Type of Identification Produced_____

Filing # 143208814 E-Filed 02/03/2022 10:16:15 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICITION DIVISION

NATTY CHASE,

CASE NUMBER:

       Plaintiff,

vs.

HOLIDAY CVS, LLC.

       Defendants

_____/

## PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT

PLEASE TAKE NOTICE that pursuant to Rule 1.350 Fla.R.Civ.P., Plaintiff, NATTY

CHASE, by and through her undersigned attorney, requests the following documents, as described

below from Defendant, HOLIDAY CVS, LLC., within forty five (45) days of serving this request,

for inspection and copying at the offices of the Plaintiff's attorney located at 66 West Flagler Street,

7th Floor, Miami, Florida 33130, in accordance with said Rule:

1.     Color copies of any and all photographs both prior to and subsequent to Plaintiff's

injury-incident which depict the area where the Plaintiff alleges she fell.

2.     Any and all blueprints, contracts and/or construction documents regarding the

design and building of the subject area including any plans, specifications, blueprints and other

documents which include the area where the Plaintiff fell.

3.     Any and all documents pertaining to the care, upkeep and maintenance of the said area

where the Plaintiff fell including log sheets, inspection records, maintenance and repair records,

cleaning records, and employee training manuals for the one (2) year prior to and including the July

24, 2021 accident in question.

4.      Any and all reports and documents taken or prepared by defendants regarding the Plaintiff's fall.

5.      Any and all permits, records, reports, and/or documents from the Department of Building and safety concerning the subject premises.

6.      Any and all videos of the accident in question.

7.      Any and all information including purchase orders, invoices, and the like for the carpeting and the #onestepcloser emblems on the floor where Plaintiff fell.

8.      Any and all videos of the accident location for the twelve (12) hour period prior to and including the accident in question.

9.      Any and all employee training manuals and/or videos and/or the like dealing with safety and/or maintenance procedures and/or accident procedures.

10.     All statements made by any witnesses to the subject accident at the subject place of business.

11.     A true and correct copy of any and all statements made by Plaintiff pertaining to or concerning the subject matter.

12.     Any and all CCTV videos preserved by the Defendant, Defendant's attorneys, investigators, agents, servants, or employees which are in manner related to the subject matter of this lawsuit, specifically including but not limited to all videos, of the scene of the subject accident or incident. If none are in your possession, but the item(s) exist, please so state, including the name and

address of the party who maintains possession.

13.     Any and all employee training manuals and/or videos and/or the like dealing with safety

and/or maintenance procedures and/or accident procedures.

14.     Any and all invoices, purchase orders, and the manuals or instructions for the carpeting and

the #onestepcloser emblems on the floor where the Plaintiff fell and was injured.

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed with the

Complaint this 3rd day of February 2022.

<div style="margin-left: 40%;">

**BARKET LAWYERS**
CONCORDE BUILDING-7TH FLOOR
66 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
TEL: (305) 373-6711
pleadings@barketlawyers.com

By:     /s/ JAMES J. SOPER
          JAMES J. SOPER, ESQ.
          Florida Bar Number:  0773522

</div>

## <u>VERIFIED RETURN OF SERVICE</u>

| **State of Florida** | **County of Miami-Dade** | **Circuit Court** |
|---|---|---|

Case Number: 2022-002070-CA-01

Plaintiff:
**NATTY CHASE**

vs.

Defendant:
**HOLIDAY CVS, LLC.**



FLP2022001452

For:
TIMOTHY K. BARKET, Esq.
BARKET LAWYERS
66 WEST FLAGLER STREET
7th FLOOR
MIAMI, FL 33130

Received by FLORIDA PROCESS SERVICE, INC. on the **8th day of February, 2022** at **2:56 pm** to be served on **HOLIDAY CVS, LLC. BY SERVING: REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, JOSEPH MARKER, do hereby affirm that on the **9th day of February, 2022** at **2:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **CIVIL ACTION SUMMONS, COMPLAINT, PLAINTIFF'S NOTICE OF SERVING FIRST INTERROGATORIES TO DEFENDANT, PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT.** with the date and hour of service endorsed thereon by me, to: **LISA HOWARD** as **CLERK,** an employee who is authorized to accept service for **HOLIDAY CVS, LLC. BY SERVING: REGISTERED AGENT CT CORPORATION SYSTEM** in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324,** and informed said person of the contents therein, in compliance F.S. 48.081(3)(a)(b).

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Special Process Server in the county in which it was served. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. No Notary Required Pursuant to F.S. 92.525(2).

**JOSEPH MARKER**
S.P.S.#613

**FLORIDA PROCESS SERVICE, INC.**
**1673 SW 67 Avenue**
**West Miami, FL 33155**
**(305) 371-9000**

Our Job Serial Number: FLP-2022001452

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

Case 1:22-cv-20752-BB   Document 1-2   Entered on FLSD Docket 03/11/2022   Page 21 of 22

| DELIVERED | 2/9/2022 2:30 PM |
|-----------|------------------|
| SERVER | JM |
| LICENSE | S.P.S.#613 |

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICITION DIVISION

CASE NUMBER: 2022-002070-CA-01

NATTY CHASE,

      Plaintiff,

vs.

HOLIDAY CVS, LLC.                    **CIVIL ACTION SUMMONS**

      Defendant

_____/

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition, Request for Production and Interrogatories in this action on Defendant: HOLIDAY CVS, LLC.

                **By Serving:**      **REGISTERED AGENT**
                                    **CT CORPORATION SYSTEM**
                                    **1200 SOUTH PINE ISLAND ROAD**
                                    **PLANTATION, FL 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

                                  **TIMOTHY K. BARKET, ESQUIRE**
                                    **66 WEST FLAGLER STREET, 7TH FLOOR**
                                    **MIAMI, FLORIDA 33130**
                                    **Tel:**    **(305) 373-6711**
                                    **Fax:**    **(305) 373-4770**
                                    **Email: Pleadings@barketlawyers.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. Furthermore, the Defendant is required to serve responses to the Request for Production and answers to Interrogatories served herewith within 45 days of the date of service.

                DATED ON _____2/8/2022_____, 2022.

                                  HARVEY RUVIN
                                    as Clerk of said Court

                                    **217043**
                              By: _____
                                      as Deputy Clerk



## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que se presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insufficient pour vour proteger.  Vous etes oblige de deposer votre reponse ecrit, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrit dan le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'n avocat.  Si vous ne connaisez pas d'avocats vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## KONVOKASYON KA SIVIL

Yo entre yon aksoyon kont oumeum. Ou genyen 20 jou -kalandriye après ou recevoi somas-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protégé-ou. Se ton repense pa ecri, fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri ou vle ke tribunal-la tendeposition-ou sou ka-a. Si ou pa enregistre reponce-ou a l' heure ou capab pedu ka-a, san que tribunal la pa announce-ou en yen, ou capab pedu l' angen ou ak byen ou. Genyen lot demande. Ou ka beson telephone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomandre avoka, ou biro ede legal (ki nan lis liv telephone).

Si ou shosi voye yon reponce pa ecri oumenm, ou suppose en mem tan poste on pot on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-et et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribunal. Andres santral biwo Skerete a se Dade County Courthouse. Adres tribunal la, ak adres lot tribunal yo nana lis ki anba a pou ou ka jwenn yo alez.